IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON, | 1:11-cv-01298 GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| N.K.S.P., et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 5, 2011, plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, together with a certified copy of his prison trust account statement. (Doc. 2.) However, the application was not submitted on the proper form.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **Plaintiff is not required to submit another copy of his prison trust account statement**.

**Failure to comply with this order may result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 11, 2011**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE