1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID HAMILTON,                          1:11-cv-01298-LJO-GSA-PC

12          Plaintiff,                        ORDER DENYING MOTIONS FOR
                                              COURT ORDER DIRECTING LAW
13          vs.                               LIBRARIANS TO MAKE COPIES AND
                                              PROVIDE ENVELOPES
14   N.K.S.P., et al.,                        (Doc. 10, 11.)

15          Defendants.
     _____/

16

17          David Hamilton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this

18   civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action

19   on August 5, 2011.  (Doc. 1.)  On January 13, 2012, the Court dismissed the Complaint for failure to

20   state a claim, with leave to amend.  (Doc. 14.)

21          On August 24, 2011 and September 21, 2011, Plaintiff filed motions for a court order directing

22   the law librarians at Corcoran State Prison to make copies of Plaintiff's exhibits and provide him with

23   manila envelopes, to assist him with the litigation of this action.  (Docs. 10, 11.)

24          Plaintiff does not explain why the law librarian will not agree to make copies or provide

25   envelopes.  To the extent that Plaintiff is requesting a court order directing the prison to change its

26   procedures as they apply to him, Plaintiff is advised that the court recognizes that prison administrators

27   "should be accorded wide-ranging deference in the adoption and execution of policies and practices that

28                                                   1

1  in their judgment are needed to preserve internal order and discipline and to maintain institutional

2  security." Whitley v. Albers, 475 U.S. 312, 321-322 (1986) (*quoting* Bell v. Wolfish, 441 U.S. 520, 547

3  (1970).

4       Moreover, because the Court has dismissed Plaintiff's Complaint for failure to state a claim, with

5  leave to amend, and Plaintiff has not filed an amended complaint, the Court does not have before it an

6  actual case or controversy, and therefore does not have jurisdiction to issue the order sought by Plaintiff

7  in this action.  See Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985)

8       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for a court order directing the

9  law librarians to make copies for Plaintiff and provide him with manila envelopes, filed on August 24,

10  2011 and September 21, 2011, are DENIED.

11

12       IT IS SO ORDERED.

13  **Dated:   February 3, 2012**                    **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2