IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON, | 1:11-cv-01298-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR FORM |
| vs. | (Doc. 12.) |
| R. LOPEZ, et al., | |
| Defendants. | |

David Hamilton ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 28, 2011, Plaintiff requested the court to send him a form for requesting a telephonic hearing in this action. (Doc. 12.) The court does not require or provide a particular form for requesting a hearing. To request a hearing, Plaintiff should file a motion explaining to the court the reasons he seeks a hearing.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for a form to request a telephonic hearing is denied.

IT IS SO ORDERED.

Dated: **February 6, 2012**           **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE