IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON,<br><br>            Plaintiff,<br><br>    vs.<br><br>R. LOPEZ, et al.,<br><br>            Defendants.<br>_____/ | 1:11-cv-01298-LJO-GSA-PC<br><br>ORDER DENYING REQUEST FOR FORM<br>(Doc. 12.) |

David Hamilton ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 28, 2011, Plaintiff requested the court to send him a form for requesting a telephonic hearing in this action. (Doc. 12.) The court does not require or provide a particular form for requesting a hearing. To request a hearing, Plaintiff should file a motion explaining to the court the reasons he seeks a hearing.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for a form to request a telephonic hearing is denied.

IT IS SO ORDERED.

**Dated:   February 6, 2012**               /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE